# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Brown, Joe | Middle District TN | 03/06/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (Recall Full) | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2017 to 12/31/2017 |
| | 5b. ☑ Amended Report | |

**7. Chambers or Office Address**

Room 783 U.S. Courthouse
801 Broadway
Nashville, TN 37203

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee . Assets listed Part VII line 154 | Y P Trust. Trust for Family Cemetary Taylorsville KY |
| 2. | Custodian Assets listed Part VII line 95 | Uniform Gift to Minors, ▮▮▮▮ |
| 3. | Custodian Assets listed Part VII line 95 | Education trust for ▮▮▮▮ |
| 4. | Custodian Assets listed Part VII line 95 | Education Trust for ▮▮▮▮ |
| 5. | Custodian Assets listed Part VII line 95 | Education trust ▮▮▮▮ |
| 6. | Custodian Assets listed Part VII line 95 | Education trust for ▮▮▮▮ |
| 7. | Custodian Assets listed Part VII line 95 | Education trust for ▮▮▮▮ |
| 8. | Custodian Assets listed Part VII line 95 | Education trust for ▮▮▮▮ |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 03/06/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 5/5/17 | Nashville Schoold ol law IRA | $260.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke Law Center for Judicial Studies | 9/6/2017 to 9/8/2017 | Washington DC | Discovery Seminar | Travel food lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 03/06/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Abbvie Inc (ABBV) | A | Dividend | J | T | | | | | a |
| 2. Adobe Systems (ADBE) | | | | | | | | | Sold Dec 2015. See Notes. |
| 3. Aecom Com (ACM) | A | Dividend | J | T | | | | | a |
| 4. Albemarle Corp (ALB) | A | Dividend | J | T | Buy | 08/17/17 | J | | a |
| 5. Allergan PLC comm (AGN) | A | Dividend | J | T | | | | | a |
| 6. AllstateCorp (ALL) | A | Dividend | J | T | | | | | a |
| 7. Alphabet Inc Class A (GOOGL) | A | Dividend | J | T | | | | | a |
| 8. Altria Group inc (MO) | | None | J | T | Buy | 08/23/17 | J | | a |
| 9. Amazon (AMZN) | | None | J | T | | | | | a |
| 10. American Beacon (ABEYX) | A | Dividend | K | T | Sold (part) | 12/28/17 | J | A | a |
| 11. American Beacon INTL Equity (ABEYX) | A | Dividend | K | T | Buy | 12/22/17 | K | | a |
| 12. | | | | | Sold (part) | 12/28/17 | J | C | a |
| 13. American Beacon MNCD Futures (AHLIX) | A | Dividend | K | T | Buy (add'l) | 02/14/17 | J | | a |
| 14. American Capitol World Grth (CWGIX) | A | Dividend | J | T | | | | | a |
| 15. American Express Stock (AXP) | A | Dividend | K | T | | | | | a |
| 16. Apple (AAPL) | A | Dividend | K | T | | | | | a |
| 17. Aplied Materials (AMAT) | A | Dividend | | | Sold | 06/15/17 | J | B | a All sold |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 03/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AQR Small Cap (QSERX) | A | Dividend | K | T | Sold (part) | 01/26/17 | J | | u |
| 19. AQS Tryle Ptremia Style fd cl rs(QSPRX) | A | Dividend | J | T | | | | | u |
| 20. AT&T Common USD1 (T) | A | Dividend | J | T | | | | | u |
| 21. Baird Core Plus Bond institutional (BCOIX) | A | Interest | J | T | Buy (add'l) | 02/14/17 | J | | u |
| 22. Bank New York Mellon Corp (BK) | A | Dividend | J | T | Buy | 04/27/17 | J | | u |
| 23. Bank Of America (BAC) | A | Dividend | J | T | | | | | u |
| 24. Bed Bath & Beyond (BBBY) (Y) | | | | | | | | | Value >1000 in 2017 |
| 25. British Amerrican Tobscco (BTI) | A | Dividend | J | T | Buy | 10/22/17 | J | | u |
| 26. Broadcom Limited (AVGO) | A | Dividend | J | T | Buy | 06/07/17 | J | | u |
| 27. Bunge Limited (BG) | A | Dividend | J | T | | | | | u |
| 28. Cabot oil and Gas (COG) | A | Dividend | J | T | Buy | 03/30/17 | J | | u |
| 29. Canadian Picific Railray LTD (CP) | A | Dividend | J | T | | | | | u |
| 30. Carlisle Cos Inc. (CSL) | A | Dividend | J | T | | | | | u |
| 31. CBS Corp (CBS) | A | Dividend | J | T | | | | | u |
| 32. Celgene Corp (CELG) | A | Distribution | J | T | Buy | 07/05/17 | J | | u |
| 33. Chevron Corp (CVX) | A | Dividend | J | T | Buy | 11/22/17 | J | | u |
| 34. Chubb Limited Common (CB) | A | Dividend | J | T | | | | | u |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 03/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Cisco Sys Inc (CSCO) | B | Dividend | J | T | | | | | a |
| 36. CITIGROUP Inc Com New (C) | A | Dividend | | | Sold | 09/17/17 | J | B | a All sold 2107 |
| 37. CMS Energy (CMS) | A | Dividend | | | Sold | 05/30/17 | J | B | a All Sold 2017 |
| 38. Conocophillips (COP) | A | Dividend | J | T | | | | | a |
| 39. Costco (COST) | A | Dividend | J | T | | | | | a |
| 40. CYPress Semiconductr (CY) | A | Dividend | J | T | Buy | 09/05/17 | J | | a |
| 41. Delaware Value Instl (DDVIX) | A | Dividend | | | Sold (part) | 02/14/17 | J | A | a |
| 42. | | | | | Sold | 09/19/17 | K | D | all sold |
| 43. Deplhi Automotive (DLPH) Name changed to APTIV (APIV) 2107 | A | Dividend | | | Sold | 07/27/17 | J | A | a |
| 44. DOWDUPONT (DWDP) | A | Dividend | J | T | Buy | 01/26/17 | J | | a |
| 45. DXC Techonology Co (XC) | A | Dividend | J | T | Buy | 06/08/17 | J | | a |
| 46. Eaton Corp PLC (ETN)(Y) | | | | | | | | | Value < 1000 2017 |
| 47. EOG Resources ((EOG) | A | Dividend | J | T | Buy (add'l) | 03/17/17 | J | | a |
| 48. Exelon Corp (EXC) | A | Dividend | J | T | Buy | 07/14/17 | J | | a |
| 49. Facebook Inc Comnon (FB) | A | Dividend | J | T | | | | | a |
| 50. Fedex Corp (FDX) | A | Dividend | J | T | Buy | 12/18/17 | J | | a |
| 51. General Electric (GE)(Y) | | | | | Sold (part) | 06/29/17 | J | A | value <1000 2017 |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 03/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Halliburton (HAL)(Y) | | | | | | | | | Value < 1000 2017 |
| 53. Harding Loevner Intl Equity (HLMIX) | A | Dividend | K | T | Sold (part) | 12/29/17 | J | A | a |
| 54. Hartford Shroders Emg Mkts (SENMX) | A | Dividend | J | T | | | | | a |
| 55. Health Stream Stock (HSTM) | A | Dividend | K | T | | | | | a |
| 56. Home Depot (HD) | A | Dividend | J | T | | | | | a |
| 57. HP Inc (HPQ) | A | Dividend | J | T | Buy | 04/26/17 | J | | a |
| 58. Intel Stock (INTC) | B | Dividend | L | T | Sold (part) | 02/01/17 | J | A | a |
| 59. Intercontinential Exchange (ICE) | A | Dividend | J | T | | | | | a |
| 60. Ishares Russell 1000 Value (IWB) | A | Dividend | | | Sold (part) | 04/06/17 | J | A | a |
| 61. | | | | | Sold | 08/03/17 | J | A | a All sold 2017 |
| 62. Ishares Russell 2000 (IWM) | A | Dividend | | | Buy | 01/09/17 | J | | a |
| 63. | | | | | Sold | 08/31/17 | J | A | a All sold 2017 |
| 64. Ishares Inc Core MSCI Emerging Markets (IEMG) | A | Dividend | K | T | Buy | 08/31/17 | K | | a |
| 65. Ishares Trust Core MSCI (IEFA) | A | Dividend | K | T | Buy | 04/11/17 | J | | a |
| 66. | | | | | Buy (add'l) | 07/11/17 | J | | a |
| 67. Ishares TR IBOXX Hi YD EFT (HYG) | A | Dividend | | | Sold | 08/30/17 | J | A | a All Sold 2017 |
| 68. Johnson Controls (JCI) | A | Dividend | J | T | | | | | a |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 03/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Johnson & Johnson (JNJ) | A | Dividend | J | T | | | | | a |
| 70. JPMORGAN (JPM) | A | Dividend | J | T | | | | | a |
| 71. Keycorp new (KEY) | A | Dividend | J | T | | | | | a |
| 72. Kraft Heintz co (KHC) | A | Dividend | | | Sold | 06/24/17 | J | | a All sold loss |
| 73. Kroger Co (KR) | A | Dividend | | | Sold | 09/08/17 | J | | a all sold loss |
| 74. Lam Research Corp (LRCX)(Y)(X) | | | | | | | | | a still have some |
| 75. Lazard Emerging Markets (EMBIX) | A | Dividend | J | T | Sold (part) | 12/29/17 | J | A | a |
| 76. Lazard Intl Strategic Equity Portfolio (LISIX) | A | Dividend | K | T | Sold (part) | 12/28/17 | J | A | a |
| 77. Lyondellbasell Industries (LYB) | A | Dividend | | | Sold | 03/29/17 | J | A | a All sold 2017 |
| 78. Loockheed Maartin Corp (LMT) | A | Dividend | J | T | Buy | 06/22/17 | J | | a |
| 79. Magna Intl Inc (MGA) | A | Dividend | J | T | Buy | 03/30/17 | J | | a |
| 80. Maxim Integrated Products Inc (MXIM)(Y) | | | | | | | | | a value >1000 |
| 81. McDonalds Corp (MCD) | A | Dividend | J | T | Buy | 05/16/17 | J | | a |
| 82. Medtronics PLC (MDT) | A | Dividend | J | T | | | | | a |
| 83. Merck & Company (MRK) | A | Dividend | J | T | | | | | a |
| 84. MFS Growth Fund (MFEIX) | A | Dividend | | | Sold | 09/19/17 | K | D | All sold |
| 85. MGM Resorts International (MGM) | A | Dividend | J | T | Buy | 04/03/17 | J | | a |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 03/06/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Microsoft Stock (MSFT) | B | Dividend | L | T | | | | | a |
| 87. Morgan Stanley (MS) | A | Dividend | J | T | | | | | a |
| 88. Nashville School of Law IRA Unit Investment Trusts | A | Dividend | J | T | | | | | a |
| 89. Monsanto Co New (MON)(Y)(X) | | | | | | | | | a Bought 2017 < 1000 |
| 90. Monster Beverage Co (MNST)(Y)(X) | | | | | | | | | a< 1000 |
| 91. Norwegian Cruise Lines (NCLH) | A | Dividend | J | T | Buy | 06/09/17 | J | | a |
| 92. Nuvasive Inc (NUVA) | A | Dividend | J | T | Buy | 01/23/17 | J | | a |
| 93. NXP Semiconductor (NXPI) | | | | | Sold | 05/01/17 | J | A | a all sold at loss |
| 94. Occidental Peteroleum Co (OXY) | A | Dividend | J | T | | | | | a |
| 95. OHIO College Advantage 529 plan Black Rock Growth Portfolio (ALL GC) | A | Dividend | O | T | | | | | a |
| 96. Omnicom Group (OMC) | A | Dividend | J | T | | | | | a |
| 97. Oracle Corp Common (ORCL) | A | Dividend | J | T | | | | | a |
| 98. Patterson UTI Energy (PTEN) | A | Dividend | J | T | Buy | 04/27/17 | J | | a |
| 99. Pepisco Inc (PEP) | A | Dividend | J | T | | | | | a |
| 100. Pfizer Inc (PFE) | A | Dividend | | | Sold | 01/27/17 | J | A | a All Sold |
| 101. PPL Corp (PPL) | A | Dividend | | | Sold | 07/24/17 | J | A | a All Sold |
| 102. Procter & Gamble Co (PG) | A | Dividend | | | Sold | 07/14/17 | J | A | a All sold |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 03/06/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 03/31/17 | J | A | a |
| 104.  Progressive Corp Ohio (PGR) | A | Dividend | J | T | | | | | a |
| 105.  Reynols American Corp (RAL) | A | Dividend | | | Sold | 02/28/17 | J | A | a All sold |
| 106.  Royal Dutch Shell (RDSA) | A | Dividend | J | T | Buy | 12/20/17 | J | | a |
| 107.  Royal Caribbean Cruises (RCL) | A | Dividend | | | Sold | 07/11/17 | J | B | a All sold |
| 108.  Schlumberger Limited (SLB) | A | Dividend | | | Sold | 05/02/17 | J | | a All sold at loss |
| 109.  Schroder Emerging Markets (SEMNX) | A | Dividend | J | T | | | | | a Name added Hartford |
| 110.  Shire PLC Sponcered ADR (SHPG)(Y) | | | | | | | | | a value <1000 2017 |
| 111.  Southwest Airlines (LUV) | A | Dividend | J | T | | | | | a |
| 112.  Spirit Aerosystems Hldgs Inc (SPR)(Y) | | | | | | | | | a under 1000/200 |
| 113.  Synchrony Financial Com (SYF) | A | Dividend | J | T | | | | | a |
| 114.  Sysco Corp (SYY) (Y)(X) | | | | | | | | | a Value under 1000/200 |
| 115.  Target Corp (TGT) | A | Dividend | | | Sold | 08/24/17 | J | | a All Sold at loss |
| 116.  Texas Instruments Inc (TXN) | A | Dividend | J | T | | | | | a |
| 117.  Thermo Fisher Scientific (TMO) | A | Dividend | J | T | | | | | a |
| 118.  TJX COS Inc (TJX) (X) | A | Dividend | J | T | | | | | a value < 1000 |
| 119.  Tractor Supply (TSCO) | A | Dividend | K | T | | | | | a |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Ultra Salon Cosmetics & Frag inc (ULTA) (Y) | | | | | | | | | a < 1000 |
| 121. United Continental Holding Inc (UAL)(X) | A | Dividend | | | Sold | 07/19/17 | J | A | a All Sold |
| 122. United Health Group (UNH) | A | Dividend | J | T | Sold (part) | 05/24/17 | J | A | a |
| 123. United Parcel Service (UPS) | A | Dividend | | | Sold | 05/18/17 | J | A | All sold |
| 124. United Techonologies Corp (UTX) | A | Dividend | J | T | | | | | a |
| 125. USAA Emerging Markets (UIEMX) | A | Dividend | K | T | Sold (part) | 12/28/17 | J | A | a |
| 126. USAA Income Fund Institutional Shares (UIINX) | A | Dividend | J | T | Buy (add'l) | 02/14/17 | J | | a |
| 127. USAA Managed Allocation (UMAFX) | A | Int./Div. | J | T | | | | | a |
| 128. USAA Short Term Bond Fund (UISBX) | A | Int./Div. | J | T | | | | | a |
| 129. USAA S&P Index (USPRX)(Y) | | | | | | | | | a Value under 1000 in 2017 |
| 130. USAA Tax Exempt Intermediate (USATX) | D | Int./Div. | M | T | Buy (add'l) | 12/29/17 | K | | a |
| 131. USAA Tax Exempt Short Term (USSTX) | A | Int./Div. | J | T | Buy (add'l) | 12/29/17 | J | | a |
| 132. USAA Tax-Exempt Market (USEXX) | A | Int./Div. | J | T | Sold (part) | 01/09/17 | J | | a no gain |
| 133. USAA Bank Checking Accounts ▓ | A | Int./Div. | K | T | | | | | a |
| 134. Vanguard Growth and Income (VGIAX) | B | Int./Div. | L | T | Buy | 09/19/17 | L | | a |
| 135. | | | | | Buy (add'l) | 12/18/17 | J | | a |
| 136. Vanguard Intl Equity Index Fund (VWO) | A | Dividend | | | Sold | 07/16/17 | J | B | a All sold 2017 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 03/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Verizon Communicaations (VZ) | A | Dividend | | | Sold | 04/03/17 | J | A | a All sold in 2017 |
| 138. Victory Sycamore Established Values (VEVIX) | A | Dividend | K | T | Sold (part) | 01/25/17 | J | A | a |
| 139. Virtus Quality Small Cap (PXQSX)(Y)(X) | | | | | | | | | a Value went < 1000 |
| 140. Visa (V) | A | Dividend | J | T | | | | | a |
| 141. VOYA Intermediate Bonds Class W (IIBWX) | A | Interest | J | T | | | | | a |
| 142. VWR Corp (VWR)(Y)(X) | | | | | | | | | a y value < 1000 |
| 143. Wal Mart Stock (WMT) | A | Dividend | M | T | Donated (part) | | | | a |
| 144. | | | | | Buy (add'l) | 03/31/17 | J | | a |
| 145. Wells Fargo Stock (WFC) | B | Dividend | K | T | | | | | a |
| 146. Wells Fargo CMA, Checking | A | Interest | J | T | | | | | a |
| 147. Wells Fargo Sweep (Y) | | | | | | | | | a less that 5.00 2017 |
| 148. Western Digital Corp (WDC) | A | Dividend | J | T | Buy | 01/27/17 | J | | a |
| 149. Westrock Co (WRK)(Y)X | | | | | | | | | a value <1000 2017 |
| 150. 1/2 Interest Knox Brown Farms, Taylorsville, KY | E | Rent | N | W | | | | | a Net loss for year |
| 151. 1/2 Interest Knox Brown Farms, Laporte, IN | F | Rent | P1 | W | | | | | a Net gain for year |
| 152. Fidelity Mutual Life Ins Co. | A | Interest | J | T | | | | | a |
| 153. Mass Mutual Life Insurance Policies | B | Dividend | M | T | | | | | a |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 03/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Peoples Bank Taylorsville Sav Act (Family Cemetary Trust) | A | Interest | J | T | | | | | a |
| 155. USAA Bank Account | A | Interest | J | T | | | | | a |
| 156. REGIONS Bank, Nashville Checking | A | Interest | K | T | | | | | a |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII
I use a in VII column 5 to show I checked it from last year. and make other remarks to try to keep up with changes.

Line 2 all sold in 2015 carried on by mistake

Line 154 Cemetary trust assets .

line 95 This includes all funds for ▇▇▇▇▇▇ (GC) as custodial Part I lines 4-10. All shares in Ohio 529 plan and managed by Black Rock.

Line 43 APTIV Name changed from Delphi and all sold 2017 gain

Line 109 Shroders Emerging now Hartford Shroders. Same stock symbol (SEMNX)

Lines 74, 89,90, 110,114, 118, 149,139, and 142 These stocks are part of a stock account managed by USAA. they buy and sell a great number of stocks in small amounts. individual sales fall under reporting requirements but at times total value may gove above 1000 dollars. I prefer to list them even if not reqquired so I can more easily keep track of them.

Line 118 Same explination as for lines74-142
Line 121 Had small sales in 2017 under reporting requirement all sold by end of year.

Line 13 2016 report Line 13 on 2016 report should have had an (Y)

Line 15 2016 report Had several small under reporting limits. at end of 2016 there was none left Could have shown a (Y) or made note all sold.

Response to Letter of March 6, 2018

In reviewing my records it appears that:
The Amerprise stock (AMP) was sold in 2016 in 3 sales of less than 200.00 each with the last sale on 3/2/2106, all 3 sales were at a loss.
The American Century Small Cap (ACVIX) was sold in 2012. This was when I transfered my stock acounts from Wells Fargo to USAA and there were a large number of sales. I missed this change and did not report the sale at that time and somehow continued to carry the stock forward by mistake. Sale was 4/26/2012, Value range of sale was K and all sold at a loss.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joe Brown**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544